IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02599-BNB

LORI L. PARK,

    Plaintiff,

v.

TD AMERITRADE TRUST COMPANY, INC.,
TD AMERITRADE ONLINE HOLDING CORP.,
TD AMERITRADE HOLDING CORP.,
THE TORONTO-DOMINION BANK,
JOSEPH H. MOGLIA,
J. THOMAS BRADLEY, JR.,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 14 2010
GREGORY C. LANGHAM
CLERK

ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 14, 2010, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02599-BNB

Lori L. Park
1120 32nd Street - Unit 101
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/14/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk