IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02599-PAB

LORI L. PARK,

    Plaintiff,

v.

TD AMERITRADE TRUST COMPANY, INC.,
TD AMERITRADE ONLINE HOLDINGS CORP.,
TD AMERITRADE HOLDING CORPORATION,
THE TORONTO-DOMINION BANK,
JOSEPH H. MOGLIA,
J. THOMAS BRADLEY, JR.,

    Defendants.

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. All costs of service shall be advanced by the United States.

DATED December 20, 2010.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02599-PAB-KMT

Lori Park
1120 32nd St., Unit 101
Denver, CO 80205

US Marshal Service
Service Clerk
Service forms for:
TD Ameritrade Trust Company, Inc.,TD Ameritrade Online Holdings Corp.,TD Ameritrade Holding Corporation, The Toronto-dominion Bank, Joseph H. Moglia, J.Thomas Bradley, Jr.,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on TD Ameritrade Trust Company, Inc.,TD Ameritrade Online Holdings Corp.,TD Ameritrade Holding Corporation, The Toronto-dominion Bank, Joseph H. Moglia, J.Thomas Bradley, Jr. : TITLE VII COMPLAINT FILED 12/03/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  12/21/10 .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk