IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00875-PAB-KLM

LORI L. PARK,

    Plaintiff,

v.

TD AMERITRADE TRUST COMPANY, INC.,
TD AMERITRADE ONLINE HOLDING CORP.,
TD AMERITRADE HOLDING CORPORATION,
THE TORONTO-DOMINION BANK,
JOSEPH H. MOGLIA, and
J. THOMAS BRADLEY, JR.,

    Defendants.

---

**ORDER**

---

This matter is before the Court *sua sponte* on plaintiff's "Title VII Complaint" [Docket No. 1]. Plaintiff has a pending action in this Court against the same defendants arising out of the same set of facts. *See* Civil Action No. 10-cv-02599-PAB-KMT, Docket No. 5 (First Amended Complaint). The present "Title VII Complaint" appears to be an attempt to amend her complaint in Civil Action No. 10-cv-02599-PAB-KMT for a second time. *Cf.* Civil Action No. 10-cv-03136-ZLW, Docket No. 15 at 2-3. The proper mechanism for doing so is to file a motion to amend the complaint in Civil Action No. 10-cv-02599-PAB-KMT, not to initiate a new action. Since the filing of the present action, plaintiff has filed a motion to amend her complaint in Civil Action No. 10-cv-02599-PAB-KMT. *See* Civil Action No. 10-cv-02599-PAB-KMT, Docket No. 43. Therefore, it is

**ORDERED** that this matter is DISMISSED.  It is further

**ORDERED** that the Clerk of the Court file a copy of this Order in Civil Action No. 10-cv-02599-PAB-KMT and refund to plaintiff the filing fee she incurred in initiating this action in error.

DATED May 3, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge