IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02599-PAB-KMT

LORI L. PARK,

    Plaintiff,

v.

TD AMERITRADE TRUST COMPANY, INC.,
TD AMERITRADE ONLINE HOLDINGS CORP.,
TD AMERITRADE HOLDING CORPORATION,
THE TORONTO-DOMINION BANK,
JOSEPH H. MOGLIA,
J. THOMAS BRADLEY, JR.,
TD AMERITRADE SERVICES COMPANY, INC., and
TD AMERITRADE, INC.

    Defendants.

## ORDER

This matter is before the Court on plaintiff's "Motion for Relief from Final Judgment and Request for New Proceeding/Trial" [Docket No. 56].  Pursuant to Fed. R. Civ. P. 60(b), plaintiff seeks relief from a judgment entered in Civil Action No. 10-cv-00189-PAB-KMT, where she filed an identical motion.  *See* Docket No. 98 in No. 10-cv-00189-PAB-KMT.  The motion is not properly considered as part of the present matter.  Therefore, it is

    **ORDERED** that plaintiff's "Motion for Relief from Final Judgment and Request for New Proceeding/Trial" [Docket No. 56] is DENIED.

DATED October 21, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge