IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02599-PAB-KMT

LORI L. PARK,

    Plaintiff,

v.

TD AMERITRADE TRUST COMPANY, INC.,
TD AMERITRADE ONLINE HOLDINGS CORP.,
TD AMERITRADE HOLDING CORPORATION,
THE TORONTO-DOMINION BANK,
JOSEPH H. MOGLIA,
J. THOMAS BRADLEY, JR.,
TD AMERITRADE SERVICES COMPANY, INC., and
TD AMERITRADE, INC.,

    Defendants.

## ORDER

This matter is before the Court on "Plaintiff's Request for Procedure to Report to a Federal Judge the Threatening Conduct of Gary Eternick of Fiserv Et Al & Defendants" (the "Request") [Docket No. 119]. For the reasons stated by the Court in its November 30, 2011 Order, *see* Docket No. 118 at 5 n.4, it is

**ORDERED** that the Request [Docket No. 119] is DENIED.

DATED December 1, 2011.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge