IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02599-PAB-KMT

LORI L. PARK,

    Plaintiff,

v.

TD AMERITRADE TRUST COMPANY, INC.,
TD AMERITRADE ONLINE HOLDINGS CORP.,
TD AMERITRADE HOLDING CORPORATION,
THE TORONTO-DOMINION BANK,
JOSEPH H. MOGLIA,
J. THOMAS BRADLEY, JR.,
TD AMERITRADE SERVICES COMPANY, INC., and
TD AMERITRADE, INC.,

    Defendants.

## ORDER

This matter is before the Court on "Plaintiff's Motion to Further Recuse Judge Tafoya & Judge Brimmer & to Call for Full Investigation of Said Acts" [Docket No. 122]. As the Court previously noted when denying plaintiff's first motion to recuse, *see* Docket No. 102 at 2, plaintiff infers from her failure to prevail in her lawsuits that the judges assigned to her case have not been impartial or have been somehow biased against her claims. Plaintiff identifies no evidence that such has been the case. Furthermore, as has been the case before, *see* Docket No. 102 at 3, plaintiff's motion is largely directed at the legislative and executive branches of government and, to that extent, does not constitute a request of this Court. Finally, plaintiff asserts arguments on behalf of a third party in a separate case. She lacks standing to do so. *See Wilderness*

*Soc'y v. Kane Cnty., Utah*, 632 F.3d 1162, 1168 (10th Cir. 2011) (en banc) ("The prudential standing doctrine encompasses various limitations, including the general prohibition on a litigant's raising another person's legal rights. The plaintiff generally must assert his own legal rights and interests, and cannot rest his claim to relief on the legal rights or interests of third parties.") (citation, brackets and internal quotation marks omitted). Therefore, it is

**ORDERED** that "Plaintiff's Motion to Further Recuse Judge Tafoya & Judge Brimmer & to Call for Full Investigation of Said Acts" [Docket No. 122] is DENIED.

DATED December 6, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge