IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02599-PAB-KMT

LORI L. PARK,

    Plaintiff,

v.

TD AMERITRADE TRUST COMPANY, INC., et al.,

    Defendants.

**ORDER**

This matter is before the Court on "Plaintiff's Further Motion in Opposition to Close this Action and Procedure to Report Felony Level Conduct to a Federal Judge" [Docket No. 130].

On November 30, 2011, the Court dismissed this case with prejudice for failure to prosecute. *See* Docket No. 118. Judgment entered accordingly on December 2, 2011. *See* Docket No. 120. To the extent plaintiff seeks reconsideration of that dismissal, the Court has already denied plaintiff's previous requests that the Court reconsider the dismissal, *see* Docket Nos. 127, 128, and plaintiff has identified no new or sufficient basis to do so in her present motion. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (stating that grounds for granting a Rule 59(e) motion include "(1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice") (citing *Brumark Corp. v. Samson Resources Corp.,* 57 F.3d 941, 948 (10th

Cir. 1995)). Furthermore, plaintiff's motion is dedicated almost exclusively to requesting action by other branches of the federal government and, to that extent, does not constitute a request of this Court.

Therefore, it is

**ORDERED** that "Plaintiff's Further Motion in Opposition to Close this Action and Procedure to Report Felony Level Conduct to a Federal Judge" [Docket No. 130] is DENIED.

DATED April 10, 2012.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge
